AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>JASON KROESKOP aka "Noctis Lucis #7347"<br><br>_Defendant(s)_ | )<br>)<br>)<br>)    Case No. 3:22-mj-00172<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___See Attachment A___ in the county of ___Wasco___ in the
___ District of ___Oregon___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C. § 2422(b) | Online Enticement of a Minor |
| | As more fully described in Attachment A |

This criminal complaint is based on these facts:

See the attached affidavit of Homeland Security Investigations Special Agent Clinton Lindsly.

☑ Continued on the attached sheet.

(By telephone)
_____
_Complainant's signature_

Clinton Lindsly, Special Agent, HSI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at __8:35 am__ a.m./p.m.

Date:  ___September 30, 2022___

_____
_Judge's signature_

City and state:  ___Portland, Oregon___    Honorable Jeffrey Armistead, U.S. Magistrate Judge
_Printed name and title_